[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 20-11363 & 20-12054
Non-Argument Calendar

_____

D.C. Docket No. 3:18-cr-00115-MMH-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMAAL HAMEEN,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

(March 31, 2021)

Before LAGOA, BRASHER and ANDERSON, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, of the Federal Public Defender's Office, appointed counsel for Jamaal Hameen in these consolidated non-direct criminal appeals, has moved for the Federal Public Defender's Office to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief on Hameen's *pro se* post-judgment motions is **AFFIRMED**.